IN THE UNTIED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE WESTERN DIVISION

*[handwritten stamp: FILED, D.C. 05 NOV -1 AM 11:07 THOMAS M. GOULD CLERK, U.S. DISTRICT COURT W/D OF TN, MEMPHIS]*

UNITED STATES OF AMERICA
    Plaintiff,

VS                      Cr. No. 05-20038-06B

WILLIAM BROWN
    Defendant.

---

## ORDER OF CONTINUANCE OF REPORT AND TRIAL DATES

---

UPON, motion of the Defendant **William Brown** to continue the report and trial dates set in this cause for October 31, 2005 and November 7, 2005 respectively, and for good cause shown, the Court hereby finds that the said motion is well taken and shall be granted. The Report date in this cause is continued from October 31, 2005 to *November 28*, 2005 and trail from November 7, 2005 to *December 5, 2005*

The time from October 31, 2005 to *December 16*, 2005 is excluded pursuant to the Speedy Trial Act 18 U.S.C. § 3161 (b) (8) (A) to facilitate additional time for defense counsel to prepare for trial and further the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant to a speedy trial.

IT IS SO ORDERED on this ___31st___ day of, ___October___, 2005

                     *[signature]*
                     **HONORABLE J. BREEN**
                     **U.S. DISTRICT COURT**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-2-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 89 in case 2:05-CR-20038 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT