IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No. 05-20038 B

WILLIAM BROWN,

    Defendant.

_____

ORDER DENYING WITHOUT PREJUDICE
DEFENDANT'S PRO SE MOTIONS
_____

        Before the Court are the following pro se motions of the Defendant, William Brown, entered on the docket on November 16, 2006:

    1.    Motion to Dismiss;

    2.    Request for Notice of United States' Intent to Use Evidence;

    3.    Motion to Require United States to File Written Responses to Pretrial Motions;

    4.    Motion to Suppress;

    5.    Motion to Exclude Witnesses;

    6.    Motion for Early Production of Witnesses' Statement[s], along with a memorandum in support thereof; and

    7.    Motion for Production of Exculpatory Evidence.

Under the local rules of this district,

> [a] party represented by counsel who has appeared in a case may not act on his or her own behalf unless that party's attorney has obtained leave of the court to withdraw as counsel of record, provided that the court may, in its discretion, hear a party in open court, notwithstanding the fact that the party is currently represented by counsel of record.

LR83.1(d), Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn. (the "Local Rule").

According to the docket, the Defendant is represented by counsel, Samuel L. Perkins, and, by invoking his right to be represented by counsel, Brown has waived his right to represent himself. As a consequence, the requests, which appear to have been prepared and filed without the aid of or adoption by his attorney, violates the Local Rule. Accordingly, the motions are DENIED without prejudice.

IT IS SO ORDERED this 21st day of November, 2006.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE